IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH R. SALEY, | ) |
|           Plaintiff, | ) Case No. 3:11-cv-824 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| CANEY FORK, LLC, d/b/a | ) |
| CANEY FORK FISH CAMP and/or | ) Jury Demand |
| CANEY FORK RIVER VALLEY GRILLE, | ) |
|           Defendant. | ) |

### DECLARATION OF AUTHENTICITY

I hereby certify that the attached is a true and complete copy of medical records pertaining to Keith R. Saley. These records are maintained in the offices of Beckham Internal Medicine and I am the custodian and keeper of these records. I further certify that these records were made in the regular course of business of this office and made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July __19__, 2012.

_____
Michael T. Beck, MD