IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH R. SALEY,<br><br>　　Plaintiff,<br><br>v.<br><br>CANEY FORK, LLC, d/b/a<br>CANEY FORK FISH CAMP, d/b/a<br>CANEY FORK RIVER VALLEY GRILLE,<br><br>　　Defendant. | )<br>)<br>)<br>)　No. 3:11-cv-00824<br>)　Judge Nixon<br>)　Magistrate Judge Knowles<br>)<br>)　JURY DEMAND<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is Plaintiff Keith R. Saley's Motion to Reopen Case ("Motion"), requesting the Court reopen the action in order to enforce a settlement agreement reached by the parties. (Doc. No. 44.) Defendant Caney Fork, LLC filed a Response opposing the Motion. (Doc. No. 45.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 52.) The Report was entered on April 8, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 6.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion.

It is so ORDERED.

Entered this the __8th__ day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN T. NIXON, SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT