# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| KEITH R. SALEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-00824 |
| | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| CANEY FORK, LLC, d/b/a | ) |
| CANEY FORK FISH CAMP, d/b/a | ) JURY DEMAND |
| CANEY FORK RIVER VALLEY GRILLE, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Keith R. Saley's Motion to Reopen Case ("Motion"), requesting the Court reopen the action in order to enforce a settlement agreement reached by the parties. (Doc. No. 44.) Defendant Caney Fork, LLC filed a Response opposing the Motion. (Doc. No. 45.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 52.) The Report was entered on April 8, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 6.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion.

It is so ORDERED.

Entered this the ___8th___ day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT